**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NEIL ANAND,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **LORI ANN EHLINGER, et al.,** | : | |
| *Defendants.* | : | **NO.  24-cv-02366** |

# ORDER

**AND NOW**, this **20th** day of **June 2024**, after review of the Complaint (ECF No. 1) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff shall file an amended complaint establishing that this Court has subject matter jurisdiction on or before **July 11, 2024**, or the above-captioned action will be dismissed without further notice.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**