# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEIL ANAND,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **LORI ANN EHLINGER, et al.,** | : | |
| *Defendants.* | : | NO. 24-cv-02366 |

## ORDER

**AND NOW**, this **16th** day of **September 2024**, after review of the Complaint (ECF No. 1), the Amended Complaint (ECF No. 7) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice. It is further **ORDERED** that the letter Motion for Extension of Time to File a Response (ECF No. 12) is **DENIED** as moot. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**